## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JEFFREY D. HALCOMB,

      Petitioner,

v.                                    CASE NO.  5:17-cv-218-MCR/MJF

SECRETARY FLORIDA DEPARTMENT
OF CORRECTIONS,

      Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2019.  ECF No. 25.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The Petition filed under 28 U.S.C. § 2254, ECF No. 1, is DISMISSED

without prejudice for failure to exhaust state remedies.

3.      The Clerk of Court is directed to close the case file.

**DONE AND ORDERED** this 4th day of March 2019.


_s/_ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**